UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                          :
                                :        Case No. 11-66826
ATLANTA GREENSPACE              :
INITIATIVE, LLC,                :        Chapter 11
                                :
     Debtor.                    :        Judge Sacca
_____ :

DEBTOR'S PERIODIC FINANCIAL REPORT
for the period
JUNE 1, 2011 to JUNE 30, 2011

     Comes now the above-named Debtor and files its Periodic
Financial Report in accordance with the Guidelines established
by the United States Trustee and Bankruptcy Rule 2015.


Reviewed as to form by,
PAUL REECE MARR, P.C.
Attorneys for Debtor

By: /s/ Paul Reece Marr
    Paul Reece Marr
    Georgia Bar No. 471230
Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
770/984-2255

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                              :
                                    :      Case No. 11-66826
ATLANTA GREENSPACE                  :
INITIATIVE, LLC,                    :      Chapter 11
                                    :
        Debtor.                     :      Judge Sacca
                                    :
_____    :

CERTIFICATE OF SERVICE

    I certify that I have this date served the following
parties with a copy of the attached PERIODIC FINANCIAL REPORT
placing a true copy of same in the United States Mail with
adequate postage affixed to insure delivery, addressed to:


Thomas Wayne Dworschak
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303



    This the 24th day of July, 2011.




                              /s/ Paul Reece Marr
                              Paul Reece Marr



Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, NW
Atlanta, Georgia 30339
770-984-2255

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING – June 1, 2011 AND ENDING – June 30, 2011**

Name of Debtor: Atlanta Greenspace Initiative LLC          Case Number: 11-66826-JRS
Date of Petition: June 6, 2011

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 0    (a) | 0    (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 0 | 0 |
| Minus: Cash Refunds | (-) 0 | 0 |
| Net Cash Sales | 0 | 0 |
| B. Accounts Receivable | 0 | 0 |
| C. Other Receipts *(See MOR-3)* | 0 | 0 |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 0 | 0 |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS** *(Line 1 + Line 3)* | 0 | 0 |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | 0 | 0 |
| B. Bank Charges | 0 | 0 |
| C. Contract Labor | 0 | 0 |
| D. Fixed Asset Payments (not incl. in "N") | 0 | 0 |
| E. Insurance | 0 | 0 |
| F. Inventory Payments *(See Attach. 2)* | 0 | 0 |
| G. Leases | 0 | 0 |
| H. Manufacturing Supplies | 0 | 0 |
| I. Office Supplies | 0 | 0 |
| J. Payroll - Net *(See Attachment 4B)* | 0 | 0 |
| K. Professional Fees (Accounting & Legal) | 0 | 0 |
| L. Rent | 0 | 0 |
| M. Repairs & Maintenance | 0 | 0 |
| N. Secured Creditor Payments *(See Attach. 2)* | 0 | 0 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 0 | 0 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 0 | 0 |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 0 | 0 |
| R. Telephone | 0 | 0 |
| S. Travel & Entertainment | 0 | 0 |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 0 | 0 |
| V. Vehicle Expenses | 0 | 0 |
| W. Other Operating Expenses *(See MOR-3)* | 0 | 0 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 0 | 0 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 0    (c) | 0    (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 20th day of July 2011

_____ (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | 0 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |

**OTHER DISBURSEMENTS: No disbursements from June 1 – June 30 2011.**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 0 | 0 |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

```
There were no revenues and no expenses incurred during this
period, and therefore an Income Statement would not be
applicable. A Balance Sheet will be provided with this report.
```

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Atlanta Greenspace Initiative LLC  Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11        Period ending: 6-30-11

ACCOUNTS RECEIVABLE AT PETITION DATE:  0

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $    0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $    0 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $    0 | * |
| End of Month Balance | $    0 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $    N/A | $ | $ | $ | $ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following: N/A

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

| TOTAL | | | | | 0 | (d) |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____ N/A _____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-8

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Atlanta Greenspace Initiative, LLC    Case Number: 11-66826-JRS

Reporting Period beginning 6-1-11        Period ending 6-30-11

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo/Wachovia        BRANCH: Private Bank

ACCOUNT NAME: Atlanta Greenspace Initiative Debtor in Possession Acct   ACCOUNT #:5231369595.

PURPOSE OF ACCOUNT: _____OPERATING_____

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $        0 | |
| Plus Total Amount of Outstanding Deposits | $        0 | |
| Minus Total Amount of Outstanding Checks and other debits | $        0 | * |
| Minus Service Charges | $        0 | |
| Ending Balance per Check Register | $        0 | **(a) |

**\*Debit cards are used by**_____        N/A_____

**\*\*If Closing Balance is negative, provide explanation:**_____        N/A_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____N/A_____ Transferred to Payroll Account
$_____N/A_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: Atlanta Greenspace Initiative, LLC    Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11        Period ending: 6-30-11

NAME OF BANK:  Wells Fargo/Wachovia        BRANCH: Private Bank

ACCOUNT NAME: To be assigned.

ACCOUNT NUMBER:  To be assigned.

PURPOSE OF ACCOUNT:  _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MOR-12

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**TOTAL**        $  0 _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

## TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ 0 _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-16

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Atlanta Greenspace Initiative, LLC          Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11          Period ending: 6-30-11

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fulton Couty/City Atlanta | | 2009 and 2010 taxes | ~$40,000 | paid thru 2008 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                              $   ~ $40,000 (there are roughly 60 parcels
so it is difficult to ascertain exact amount owed.

MOR-17

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Atlanta Greenspace Initiative, LLC    Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11    Period ending: 6-30-11

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| June 30, 2011 | 30 | West Midtown LLC | 5% of $2,550 mthly rent at 699 11th St | $127.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | $127.50 |

(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation. Pre-petition debts have not been paid, with debtor working to put into place lease and land sales to pay off these debts as part of the plan to be submitted to the bankruptcy court.**

| ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only) | | |
|---|---|---|
| Opening Balance | $ 127.50 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ 0 | * |
| Ending Month Balance | $ 127.50 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| CF Financial | N/A | 0 | 0 | 0 |
| State Bank | N/A | 0 | 0 | 0 |
| | | | | |

MOR-5

## ATTACHMENT 3
### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Atlanta Greenspace Initiative, LLC          Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11          Period ending: 6-30-11

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $    0 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $    0 | (a) |
| PLUS: Inventory Purchased During Month | $    0 | |
| MINUS: Inventory Used or Sold | $    0 | |
| PLUS/MINUS: Adjustments or Write-downs | $    0 | * |
| Inventory on Hand at End of Month | $    0 | |

METHOD OF COSTING INVENTORY: _____ N/A _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| N/A % | _____% | _____% | _____%= | ____100%* |

* Aging Percentages must equal 100%.

☐  Check here if inventory contains perishable items.

Description of Obsolete Inventory:_____N/A_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____$7,477,750_____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

CF Financial has a lien of approximately $422,000 on a number of parcels in West Midtown, Atlanta they claim is ~ 11.5 acres, although debtor contends that ~ 8.3 acres of this acreage is not legitimately encumbered by CF Financial. This ~ 11.5 acres is estimated by debtor to be worth $97,750 per acre, or a total of $1,124,000, with this amount arrived at by multiplying by 25% a 2009 MAI valuation of $391,000 per acre of an ~ 260 acre assemblage in West Midtown that included this ~ 11.5 acres.

State Bank has a lien of approximately $2.8 million on a number of parcels in West Midtown, Atlanta that is ~ 65 acres. This ~ 65 acres is estimated by debtor to be worth $97.750 per acre, or a total of $6.353,750, with this amount arrived at by multiplying by 25% a 2009 MAI valuation of $391,000 per acre of an ~ 260 acre assemblage in West Midtown that includes this ~ 65 acres.

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $    7,477,750 | (a)(b) |
| MINUS:  Depreciation Expense | $    0 | |
| PLUS:  New Purchases | $    0 | |
| PLUS/MINUS: Adjustments or Write-downs | $    0 | * |
| Ending Monthly Balance | $    7,477,750 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

MOR-7

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Atlanta Greenspace Initiative, LLC   Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11      Period ending: 6-30-11

NAME OF BANK: Wells Fargo/Wachovia    BRANCH:  Private Bank

ACCOUNT NAME:  Atlanta Greenspace Initiative Debtor in Possession acct.

ACCOUNT NUMBER: 5231369595.

PURPOSE OF ACCOUNT:  _____ OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE N/A | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |

TOTAL                                                                              $  0

MOR-10

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Atlanta Greenspace Initiative, LLC   Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11         Period ending: 6-30-11

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm.

(* Bankruptcy bank account has not been opened. Hopefully, it will be opened by end of this week.)

NAME OF BANK: Wells Fargo/Wachovia            BRANCH: Private Bank

ACCOUNT NAME: To be named.   ACCOUNT NUMBER: N/A.
PURPOSE OF ACCOUNT: _____ PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  0 | |
| Plus Total Amount of Outstanding Deposits | $  0 | |
| Minus Total Amount of Outstanding Checks and other debits | $  0 | * |
| Minus Service Charges | $  0 | |
| Ending Balance per Check Register | $  0 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____     N/A_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

TOTAL                                                                $ _____

MOR-13

TOTAL                                                    $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Atlanta Greenspace Initiative, LLC      Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11                      Period ending: 6-30-11

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  Wells Fargo/Wachovia          BRANCH:  Private Bank

ACCOUNT NAME:  To be assigned.              ACCOUNT NUMBER: To be assigned.

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $      0 |
| Plus Total Amount of Outstanding Deposits | $      0 |
| Minus Total Amount of Outstanding Checks and other debits | $      0       * |
| Minus Service Charges | $      0 |
| Ending Balance per Check Register | $      0       **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash:   ☐  Check here if cash disbursements were authorized by
                                                   United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-14

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: Atlanta Greenspace Initiative, LLC        Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11        Period ending: 6-30-11

NAME OF BANK: Wells Fargo/Wachovia    BRANCH: Private Bank.

ACCOUNT NAME: To be assigned.        ACCOUNT: To be assigned.

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                _____(d)

### SUMMARY OF TAXES PAID

| | | |
|------|------|------|
| Payroll Taxes Paid | 0 | (a) |
| Sales & Use Taxes Paid | 0 | (b) |
| Other Taxes Paid | 0 | (c) |
| TOTAL | 0 | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

MOR-15

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Atlanta Greenspace Initiative, LLC    Case Number: 11-66826-JRS

Reporting Period beginning: 6-1-11    Period ending: 6-30-11

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

(None paid.)

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

(Insurance bound after October 7, 2010, and thus no applicable to include in this report, with proof of insurance provided separate from this report.)

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| N/A | | | |

MOR-18

☐  Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

No Significant events have occurred.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-20

**Balance Sheet and Financial Statement for Atlanta Greenspace Inititative LLC as of June 2011 timeframe:**

**ASSETS:**

Marketable securities and cash:

- Cash - $2,000 (to be deposited upon approval by Bankruptcy Court); and

- Real Estate - $7,477,750 (~ 76.5 acres x MAI appraised ~ 260 acre assemblage value of $391,000 per acre x 25%).

TOTAL ASSETS:              $7,449,750.

**LIABILITIES:**

Real estate notes:

- $422,000 to CF Financial (Predecessor to CF Financial, agreed to accept $49,000 payoff);

- $2,800,000 to State Bank;

Other liabilities:

- $900,000 to Chip Drury; and

- $20,000 to Fields Hollowell law firm.

TOTAL LIABILITIES:              $4,142,000

**NET WORTH**              $3,307,750

(The numbers contained herein, whether valuations, estimated debts, or acreages, are good faith approximations.)