**IT IS ORDERED as set forth below:**

Date: October 05, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASE |
| | § | |
| ATLANTA GREENSPACE | § | |
| INITIATIVE, LLC, | § | No. 11-66826-JRS |
| | § | |
| Debtor. | § | |
| | § | |
| CF SOUTHEAST, LLC, SUCCESSOR IN | § | |
| INTEREST TO UNITED COMMUNITY | § | CONTESTED MATTER |
| BANK, | § | |
| Movant, | § | |
| | § | |
| vs. | § | |
| | § | |
| ATLANTA GREENSPACE | § | |
| INITIATIVE, LLC, | § | |
| | § | |
| Respondent. | § | |

**ORDER LIFTING AUTOMATIC STAY**

IT APPEARING that CF SOUTHEAST, LLC, SUCCESSOR IN INTEREST TO UNITED COMMUNITY BANK ("CFS") contends it retains a security interest in certain real property consisting of approximately 3.2 acres in Land Lot 247, 17th District, Fulton County,

AM191:00021:254881:1:ATLANTA

Georgia and certain real property consisting of 8.27 acres in Land Lot 247, 17th District, Fulton County, Georgia (collectively, the "Collateral") by virtue of two (2) Promissory Notes and Deeds to Secure Debt (collectively, the "Security Agreements"); and

IT APPEARING that ATLANTA GREENSPACE INITIATIVE, LLC (the "Debtor") filed for relief under Chapter 11 of Title 11 of the United States Code on June 6, 2011 (the "Petition Date"); and

IT APPEARING that CFS filed a Motion to Lift the Automatic Stay and a hearing on the Motion came before this Court as scheduled on September 27, 2011; and

IT APPEARING that CFS contends that the Debtor has failed to make payments to CFS and the Security Agreements are in default; and

IT APPEARING that CFS contends the Collateral is of inconsequential value and is burdensome to the estate; and

IT APPEARING that neither the Debtor nor Debtor's counsel oppose the relief requested in the Motion; it is hereby

ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. § 362 is terminated as to the Collateral and the 14-day requirement pursuant to F.R.B.P. 4001(a)(3) is hereby waived.  CFS may exercise its rights to repossess/foreclose and dispose of the Collateral in accordance with State law and the terms of the Security Agreements, including, but not limited to sending all notices and demands required by State law or the Security Agreements, accelerating the indebtedness, publishing the legal notice of sale in the county legal organ in which the property is situated, selling the subject property on the courthouse steps of the county in which the property is situated to the highest bidder pursuant to the non-judicial sale provisions contained in the Security Agreements, executing and delivering a Deed Under Power of Sale to the successful bidder at the foreclosure sale, accepting from the Debtor a Deed in lieu

of foreclosure and filing an application confirming such foreclosure sale in a Court of competent jurisdiction pursuant to O.C.G.A. § 44-14-161, *et seq*. To the extent that CFS realizes a surplus as a result of the foreclosure sale of the Collateral, than CFS shall pay the surplus to the Debtor in Possession, or to the trustee if a trustee has been appointed.

END OF DOCUMENT

Prepared and Submitted by:

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
GA State Bar No. 057240
STITES & HARBISON, PLLC
303 Peachtree Street, Suite 2800
Atlanta, Georgia 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
Email: rbingham@stites.com
Attorneys for CF Southeast, LLC,
Successor in Interest to United Community Bank

AM191:00021:254881:1:ATLANTA

In Re:  Atlanta Greenspace Initiative, LLC
Chapter 11 Case No. 11-66826-JRS

## IDENTIFICATION OF PARTIES TO BE SERVED

Pursuant to B.L.R. 9013-2(b), the following is a list of the names and addresses of the parties to be served with a copy of the foregoing Order:

| | |
|---|---|
| DEBTOR: | Atlanta Greenspace Initiative, LLC<br>699 11th Street, Suite 100<br>Atlanta, Georgia 30318 |
| DEBTOR'S ATTORNEY: | Paul R. Marr, Esq.<br>300 Galleria Parkway, NW, Suite 960<br>Atlanta, Georgia 30339 |
| OFFICE OF THE U.S. TRUSTEE: | Thomas W. Dworschak, Esq.<br>75 Spring Street, Suite 362<br>Atlanta, Georgia 30303 |
| MOVANT'S ATTORNEY: | Ron C. Bingham, II, Esq.<br>Stites & Harbison, PLLC<br>303 Peachtree Street<br>2800 SunTrust Plaza<br>Atlanta, Georgia 30308 |

AM191:00021:254881:1:ATLANTA