**IT IS ORDERED as set forth below:**

Date: October 05, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 11-66826-JRS |
| ATLANTA GREENSPACE INITIATIVE, LLC, | CHAPTER 11 |
| Debtor. | |

**ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE FOR CAUSE AND BAD FAITH PURSUANT TO 11 U.S.C. § 1112**

The above captioned case came before this Court on September 27, 2011 for a hearing on the Motion to Dismiss Chapter 11 Case for Bad Faith Pursuant to 11 U.S.C. § 1112(b) (the "Motion") filed by CF Southeast, LLC, Successor in Interest to United Community Bank ("CFS") on August 19, 2011; and

Counsel for CFS and counsel for Atlanta Greenspace Initiative, LLC (the "Debtor") were present at the hearing and announced an agreement resolving the Motion; and

After reviewing the pleadings and considering the agreement between counsel, it is hereby

AM191:00021:254879:1:ATLANTA

ORDERED, ADJUDGED AND DECREED that the Motion is DENIED, without prejudice.

END OF DOCUMENT

Prepared and submitted by:

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
Georgia State Bar No. 057240
STITES & HARBISON, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia  30308
(404) 739-8816 – Telephone
(404) 739-8870 – Facsimile
rbingham@stites.com
Attorneys for CF Southeast, LLC,
Successor in Interest to United Community Bank

In Re:  Atlanta Greenspace Initiative, LLC
Chapter 11 Case No. 11-66826-JRS

## IDENTIFICATION OF PARTIES TO BE SERVED

Pursuant to B.L.R. 9013-2(b), the following is a list of the names and addresses of the parties to be served with a copy of the foregoing Order:

| | |
|---|---|
| <u>DEBTOR</u>: | Atlanta Greenspace Initiative, LLC<br>699 11th Street, Suite 100<br>Atlanta, Georgia 30318 |
| <u>DEBTOR'S ATTORNEY</u>: | Paul R. Marr, Esq.<br>300 Galleria Parkway, NW, Suite 960<br>Atlanta, Georgia 30339 |
| <u>OFFICE OF THE U.S. TRUSTEE</u>: | Thomas W. Dworschak, Esq.<br>75 Spring Street, Suite 362<br>Atlanta, Georgia 30303 |
| <u>MOVANT'S ATTORNEY</u>: | Ron C. Bingham, II, Esq.<br>Stites & Harbison, PLLC<br>303 Peachtree Street<br>2800 SunTrust Plaza<br>Atlanta, Georgia  30308 |