UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| ATLANTA GREENSPACE INITIATIVE, LLC, | : | CASE NUMBER: 11-66826-jrs |
| | : | JUDGE SACCA |
| DEBTOR. | : | |
| DONALD F. WALTON, UNITED STATES TRUSTEE, | : | |
| MOVANT. | : | |
| v. | : | CONTESTED MATTER |
| ATLANTA GREENSPACE INITIATIVE, LLC, | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS OR CONVERT**
**AND REQUEST FOR STATUS CONFERENCE**

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor ATLANTA GREENSPACE INITIATIVE, LLC, (hereinafter "debtor") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on June 6, 2011.

2

Cause exists for dismissal or conversion because the debtor has not filed a monthly operating report since January 2012.

3.

An unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter is cause to dismiss or convert a case. 11 U.S.C. § 1112(b)(4)(F).

4.

The Bankruptcy Code directs the United States Trustee to ensure that all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress. 28 U.S.C. §§ 586 (a)(3)(D) and (G).

5.

The United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the Guidelines"). Every chapter 11 debtor receives a copy of the Guidelines at the beginning of the case and thereby receives written notice of the obligation to file monthly operating reports in a timely manner. The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss the case.

6.

The debtor's failure to timely file the required monthly operating reports is a violation of Federal Rule of Bankruptcy Procedure 2015 and a violation of 11 U.S.C. § 704(a)(8), made applicable to a chapter 11 debtor-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a).

7.

"Timely and accurate financial disclosure is the lifeblood of the Chapter 11 process." *In re Tornheim*, 181 B.R. 161, 164 (Bankr. S.D.N.Y. 1995). Monthly operating reports are not mere

busywork; they are the means by which the United States Trustee is able to make an independent assessment of a debtor's current financial condition and its prospects for reorganization. *Id.*

8.

The United States Trustee should not be forced to implore a chapter 11 debtor to file monthly operating reports in a timely manner. *In re McClure*, 69 B.R. 282, 290 (Bankr. N.D. Ind. 1987).

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case or convert it to one under chapter 7, whichever is in the best interest of creditors and the estate, and convene a status conference on 10 AM on Tuesday, June 26, 2012.

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

*s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
thomas.w.dworschak@usdoj.gov

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA GREENSPACE | : | CASE NUMBER: 11-66826-jrs |
| INITIATIVE, LLC, | : | |
| | : | JUDGE SACCA |
| DEBTOR. | : | |
| | : | |
| DONALD F. WALTON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ATLANTA GREENSPACE | : | |
| INITIATIVE, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss or Convert and Request for Status Conference.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1404,** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 10 AM on Tuesday, June 26, 2012.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 29, 2012

Prepared and Served by:

*/s/Thomas W. Dworschak*
Thomas W. Dworschak
Georgia State Bar No. 236380
**United States Department of Justice**
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 331-4437 ext. 145
thomas.w.dworschak@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012 I have served a true and correct copy of the foregoing **MOTION TO DISMISS OR CONVERT AND REQUEST FOR STATUS CONFERENCE** and notice of hearing upon the following persons by first-class mail with adequate postage affixed thereto to ensure delivery to:

JAMES BATES, LLP
William J. Sheppard
James Merritt, Jr.
3399 Peachtree Road, N.E.
Suite 1700, The Lenox Building
Atlanta, Georgia 30326

Ron C. Bingham, II
STITES & HARBISON, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Atlanta Greenspace Initiative, LLC
699 11th Street, Suite 100
Atlanta, GA 30318

*/s/ Thomas W. Dworschak*