UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| ATLANTA GREENSPACE INITIATIVE, LLC, | : | CASE NUMBER: 11-66826-jrs |
| | : | JUDGE SACCA |
| DEBTOR. | : | |
| | : | |
| DONALD F. WALTON, UNITED STATES TRUSTEE, | : | |
| MOVANT. | : | |
| v. | : | CONTESTED MATTER |
| ATLANTA GREENSPACE INITIATIVE, LLC, | : | |
| RESPONDENT. | : | |

**THIRD MOTION TO DISMISS OR CONVERT
AND REQUEST FOR STATUS CONFERENCE**

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b)(4)(A), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor ATLANTA GREENSPACE INITIATIVE, LLC, (hereinafter "debtor") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on June 6, 2011.

2.

Cause exists for dismissal or conversion because the debtor has been in bankruptcy for over a year but has not filed a plan of reorganization or a disclosure statement.

3.

Debtor's most recent operating reports indicate that the debtor is not conducting any business.

4.

Debtor's principal asset is a 65 acre parcel which debtor values at $25.4 million, based upon a 2009 appraisal.

5.

Upon information and belief, a June 1, 2012 appraisal now values the 65 acre parcel at $155,000.

6.

Debtor's failure to make reasonable progress towards confirmation invites a substantial and continuing loss to or diminution of the estate, as well as demonstrates the absence of a reasonable likelihood of rehabilitation.  11 U.S.C. § 1112(b)(4)(A).

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case or convert it to one under chapter 7, whichever is in the best interest of creditors and the estate, and convene a status conference on 10 AM on Tuesday, September 25, 2012.

DONALD F. WALTON
UNITED STATES TRUSTEE REGION 21

*s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
thomas.w.dworschak@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA GREENSPACE | : | CASE NUMBER: 11-66826-jrs |
| INITIATIVE, LLC, | : | |
| | : | JUDGE SACCA |
| DEBTOR. | : | |
| | : | |
| | : | |
| DONALD F. WALTON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ATLANTA GREENSPACE | : | |
| INITIATIVE, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss or Convert and Request for Status Conference.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1404,** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 10 AM on Tuesday, September 25, 2012.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Document      Page 4 of 4

Dated: August 24, 2012

>Prepared and Served by:
>
>*/s/Thomas W. Dworschak*
>Thomas W. Dworschak
>Georgia State Bar No. 236380
>**United States Department of Justice**
>*Office of the United States Trustee*
>362 Richard B. Russell Building
>75 Spring Street, SW
>Atlanta, Georgia 30303
>(404) 331-4437 ext. 145
>thomas.w.dworschak@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 24, 2012 I have served a true and correct copy of the foregoing **MOTION TO DISMISS OR CONVERT AND REQUEST FOR STATUS CONFERENCE** and notice of hearing upon the following persons by first-class mail with adequate postage affixed thereto to ensure delivery to:

| | |
|---|---|
| James Merritt, Jr<br>JAMES-BATES-BRANNAN-GROOVER-LLP<br>3399 Peachtree Road NE    Suite 1700<br>Atlanta, GA 30326 | Paul Reece Marr<br>Paul Reece Marr, P.C.<br>300 Galleria Parkway, N.W.<br>Suite 960<br>Atlanta, GA 30339 |
| Ron C. Bingham, II<br>STITES & HARBISON, PLLC<br>303 Peachtree Street, N.E.<br>2800 SunTrust Plaza<br>Atlanta, Georgia 30308 | Atlanta Greenspace Initiative, LLC<br>699 11th Street, Suite 100<br>Atlanta, GA 30318 |

>*/s/ Thomas W. Dworschak*