**IT IS ORDERED as set forth below:**



**Date: November 2, 2012**

_James R. Sacca_
_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA GREENSPACE INITIATIVE, LLC, | : | CASE NUMBER: 11-66826-jrs |
| | : | |
| | : | JUDGE SACCA |
| DEBTOR. | : | |

## ORDER DISMISSING CASE

This case came before the court for hearing, after proper notice, on October 30, 2012 on the United States Trustee's Motion to Dismiss. The debtor did not file a response to the motion, and did not oppose dismissal. Accordingly, and for good cause shown, it is

ORDERED and ADJUDGED that the United States Trustee's motion is GRANTED, and case no. 11-66826-jrs is DISMISSED. The Clerk shall serve a copy of this Order on all persons listed on the mailing matrix.

**END OF DOCUMENT**

*Prepared by:*

*s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404) 331-4437
**Thomas.W.Dworschak@usdoj.gov**